Filed June 5, 1886.

## No. 12,536.

### THE BOARD OF COMMISSIONERS OF KNOX COUNTY v. BARNETT.

From the Daviess Circuit Court.

*W. A. Cullop, G. W. Shaw* and *C. B. Kessinger,* for appellant.

*G. G. Reily, W. C. Niblack, W. H. De Wolf, S. N. Chambers, F. W. Viehe* and *M. J. Niblack,* for appellee.

HOWK, C. J.—In this case substantially the same errors are assigned by the appellant as were assigned by the same appellant in *Board, etc., of Knox*

*Co.* v. *Montgomery, ante,* p. 517. It is manifest, therefore, there can be no material difference between the questions in the case at bar and those which were carefully considered and decided in the case cited. For the reasons there given we hold that none of the errors assigned in the case now before us authorize or require the reversal of the judgment.

The judgment is affirmed, with costs.

Filed May 24, 1886 ; petition for a rehearing overruled June 15, 1886.